# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD GRAHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIP S. SCHLAGER, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00078-RCJ-WGC<br><br>**ORDER OF DISMISSAL, WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Clifford Graham, in pro per, and by Defendants, Dr. Michael Minev and Dr. Ted Hanf, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon during settlement discussions which concluded on June 3, 2021.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED**: June 7, 2021.

1